EDITH S. CURRIER, Respondent, v. CHARLES G. CURRIER and BANKERS TRUST COMPANY, Appellants.— Judgment and orders unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

LOUIS B. BOUDIN, Respondent, v. MAURICE TISHMAN, Appellant.— Order, so far as appealed from, affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within ten days after service of order, on payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Martin, P. J., dissents and votes to reverse and dismiss the complaint.

JAMES F. SHIELDS, Respondent, v. JOSEPH K. SURLS, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within ten days after service of order, on payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Application of PHILIP NAGENGAST, Petitioner, Appellant, for an Order under Article 78 of the Civil Practice Act, against JOHN J. McELLIGOTT, as Commissioner of the Fire Department of the City of New York and Trustee of the Pension Fund, Respondent.— Order unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

WEST END AVENUE & 92ND STREET CORPORATION, Respondent, v. CONTINENTAL BANK & TRUST CO. OF NEW YORK, as Trustee, etc., Appellant.— Judgment and orders unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Application of MORTON GURYAN, as Administrator of ISIDOR GURYAN, Deceased, to Discover Certain Personal Property of Said Deceased. MORTON GURYAN, Petitioner, Appellant; HAZEL NIERENBERG, Respondent.— Decree, so far as appealed from, unanimously affirmed, with costs to the respondent payable out of the estate. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

IRVING TRUST COMPANY, as Executor, etc., of HENRY R. BURT, Deceased, Trustee under a Certain Trust Agreement Dated December 28th, 1935, between HENRY R. BURT, Grantor, and HENRY R. BURT, Trustee, Plaintiff, Respondent, v. MAGGIE Z. HORN BURT, Individually, and as Successor Trustee, etc., Defendant, Appellant, Impleaded with MAGGIE Z. HORN BURT, as General Guardian of HENRY RADCLIFFE BURT, JR., an Infant, etc., and Others, Defendants, and HENRY RADCLIFFE BURT, JR., and Others, Defendants, Respondents.— Judgment, so far as appealed from, affirmed, with costs to all parties appearing by separate attorneys and filing separate briefs payable out of the fund. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Untermyer, J., dissents.

## (June 15, 1942.)

MORRIS A. PECK, Respondent, v. EDWARD PHILIPSON and Another, Appellants. — Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.; Martin, P. J., and Glennon, J., dissent on the ground that the condition that a bond for $10,000 be filed should not have been imposed.